UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| LA'DON ARNOLD, | ) |
| Plaintiff, | ) Civil Action No. 3:18-CV-332-CHB |
| v. | ) |
| BYRIDER FINANCE, LLC, | ) |
| | ) **ORDER OF DISMISSAL** |
| Defendant. | ) |

\*\*\* \*\*\* \*\*\* \*\*\*

Counsel for the plaintiff filed a Voluntary Dismissal Without Prejudice in Favor of Arbitration [R. 7]. Defendant stipulated to this dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). *Id*. Pursuant to Fed. R. Civ. P. 41(a), and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice. All dates and deadlines are **VACATED**. Each party shall bear its own costs and attorney's fees.

June 21, 2018

*Claria Horn Boom*

Claria Boom, District Judge
United States District Court